UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE

SYLVIA HUNTER  CASE NO: 14-00746-WSS

DEBTOR  CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

This matter is before the court due to actions taken at the adjourned meeting of creditors. Appearances were noted in the record. The Court finds that the case should be dismissed for the reasons stated by the Trustee at the meeting.

It is ORDERED that:

1. This bankruptcy case is dismissed for failure to pay Chapter 13 plan payments.
2. All creditors are to be notified of the dismissal by service upon them of a copy of this order.
3. If any filing fees or court costs remain unpaid, the Court retains jurisdiction to collect them.
4. The Debtor is enjoined from filing another bankruptcy case under the provisions of the Bankruptcy Code in this court for a period of 90 days from the date of this order.

Dated: April 25, 2014

*William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE